JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
LILYA BULGAKOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LILYA BULKAGOV,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant._____/ | No.   2:20-cv-02031-EFB(SS)<br><br>STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 9, 2021.

   This is a first request, and the policy disfavoring extensions is acknowledged; however, the records in three cases were filed within two days, triggering essentially the same due date for three

[Pleading Title] - 1

motions for summary judgment that plaintiff's counsel must file, and between these must also be fitted a Ninth Circuit opening brief and all other more nearly routine briefing and work.

Dated:   August 16, 2021                                             /s/    *Jesse S. Kaplan*
                                                                     JESSE S. KAPLAN
                                                                     Attorney for Plaintiff


                                                                     PHILLIP A. TALBERT
                                                                     Acting United States Attorney
                                                                     DEBORAH LEE STACHEL
                                                                     Regional Counsel, Region IX
                                                                     Social Security Administration

Dated:  August 16, 2021                                              */s/ per e-mail authorization*

                                                                     CHANTAL JENKINS
                                                                     Special Assistant U.S. Attorney
                                                                     Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 9, 2021.

SO ORDERED.

Dated:  August 18, 2021.

                                                                     EDMUND F. BRENNAN
                                                                     UNITED STATES MAGISTRATE JUDGE