JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
LILYA BULGAKOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LILYA BULKAGOV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant._____/ | No.   2:20-cv-02031-EFB(SS)<br><br>STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 13, 2021.

　　This is a second request, of a further two business days. Since the filing of the previous request, in addition to the work cited then, plaintiff's counsel had to unexpectedly produce an additional opening brief for the Ninth Circuit, resulting in this further delay.

[Pleading Title] - 1

Dated:   September 7, 2021                                    /s/     *Jesse S. Kaplan*
                                                              JESSE S. KAPLAN
                                                              Attorney for Plaintiff


                                                              PHILLIP A. TALBERT
                                                              Acting United States Attorney
                                                              DEBORAH LEE STACHEL
                                                              Regional Counsel, Region IX
                                                              Social Security Administration

Dated:  September 8, 2021                                       */s/ per e-mail authorization*

                                                              CHANTAL JENKINS
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 13, 2021.

SO ORDERED.

Dated:  September 10, 2021.

                                                              _____
                                                              EDMUND F. BRENNAN
                                                              UNITED STATES MAGISTRATE JUDGE